**In the Interest of J.H., G.M.H.
and M.L.H.**

No. 56638.

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 14, 1989.

Edward M. Berg, Mid–Missouri Legal Services, Columbia, for appellant.

Carla Wood Tanzey, Mexico, for respondent.

ORDER

**PER CURIAM.**

The trial court terminated the parental rights of the parents of J.H., G.M.H. and M.L.H. The judgments are supported by substantial, clear, cogent and convincing evidence. The judgments are not against the weight of the evidence. No error of law appears. An opinion would have no precedential value.

The judgments are affirmed in accordance with Rule 84.16(b).